HELAYNE SCHUMER, PLAINTIFF-PETITIONER, v. EDWARD SCHUMER, DEFENDANT-RESPONDENT.

*Messrs. Major & Major* for the petitioner.

*Mr. J. Mortimer Rubenstein* for the respondent.

May 14, 1962.

GEORGE WITTNER, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. HENRY W. METZGER, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 72 *N. J. Super.* 438.

*Mr. Benjamin Gross* and *Mr. John Drewen* for the petitioners.

*Mr. Max L. Rosenstein* and *Mr. Harry A. Margolis* for the respondents.

May 14, 1962.